NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BIG BABOON, INC.,**
*Plaintiff-Appellant*

**v.**

**SAP AMERICA, INC., HP INC.,**
*Defendants-Appellees*

---

2020-1165

---

Appeal from the United States District Court for the Northern District of California in No. 4:17-cv-02082-HSG, Judge Haywood S. Gilliam, Jr.

---

**JUDGMENT**

---

LANCE REICH, Kolesar & Leatham, Las Vegas, NV, argued for plaintiff-appellant.

KLAUS H. HAMM, Klarquist Sparkman, LLP, Portland, OR, argued for defendants-appellees. Also represented by J. CHRISTOPHER CARRAWAY.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and REYNA, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| September 2, 2020 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |